IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 3:22-CR-167-K |
| BRYAN PURYEAR<br>Defendant | § § § | |

**REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant **BRYAN PURYEAR**, is charged in a petition with a violation of the terms of his supervised release. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's plea of true to the allegations in the petition and the evidence and arguments offered at the hearing, the magistrate judge recommends the United States District Judge:

- [x] find Defendant violated the terms of his supervised release; (Plea true II & III violations)
- [ ] revoke Defendant's supervised release;
- [ ] impose a sentence of an additional term of imprisonment of __ months with a further term of __ months of supervised release to follow; and
- [x] Continued on supervised release; Attend AA meetings daily and enter Inpatient residential treatment.

SO RECOMMENDED.
11/24/2025
Date

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant **BRYAN PURYEAR**, hereby

- [x] waive my right to object to the report and recommendation of the magistrate judge.
- [ ] do NOT waive my right to object to the report and recommendation of the magistrate judge.

11/24/2025
Date

Defendant

Defense Counsel

**Consented to by United States**

Assistant U.S. Attorney